## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **MARY SCHNEIDER,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) |
| | ) **CASE NO.: 3:19-CV-00431-DCN** |
| **AMERICAN MEDICAL SYSTEMS, INC.,** | ) |
| **AMERICAN MEDICAL SYSTEMS** | ) **JUDGE DAVID C. NYE** |
| **HOLDINGS, INC., ASTORA WOMEN'S** | ) |
| **HEALTH, LLC, ENDO** | ) **JURY DEMAND** |
| **PHARMACEUTICALS, INC., ENDO** | ) |
| **PHARMACEUTICALS HOLDINGS, INC.,** | ) |
| **and ENDO HEALTH SOLUTIONS, INC.,** | ) |
| | ) |
| **Defendants.** | ) |

## JOINT MOTION TO EXTEND CASE DEADLINES

Pursuant to Fed. R. Civ. P. 16(4)(a), Plaintiff Mary Schneider and Defendants American Medical Systems, Inc. and Astora Women's Health, LLC[1] (collectively, "parties") jointly request an extension of the current fact discovery deadline and a commensurate extension of the subsequent case deadlines.  In support of their joint Motion, the parties aver:

1.    The current fact discovery deadline is December 18, 2020.   ECF No. 24.

2.    As set forth in greater detail in the accompanying Memorandum of Law, the parties were not able to request Plaintiff's medical records for several months because Plaintiff's counsel was not able to secure authorizations from Plaintiff, despite Plaintiff's counsel's best efforts.

---

[1] Defendants American Medical Systems Holdings, Inc., Endo Pharmaceuticals, Inc., Endo Pharmaceuticals Holdings, Inc., and Endo Health Solutions, Inc. have been dismissed from this lawsuit without prejudice.

3.      Plaintiff has now submitted signed authorizations and the parties have requested the relevant medical records.  While some records have been received, the parties still have not received several categories of key records.

4.      Because records collection was delayed by months, and because key records have yet to be collected, the parties have been unable to schedule and take depositions of Plaintiff's treating physicians and fact witnesses.  The parties assume that the resurgence of COVID-19 is further delaying records collection.

Accordingly, pursuant to the "good cause" standard of Fed. R. Civ. P. 16(a)(4), the parties jointly request that the current December 30, 2020 fact discovery deadline be extended until April 16, 2021 and that subsequent case deadlines be extended for a commensurate 120 days.


DATED this 25th day of November, 2020.          Respectfully submitted,


_*/s/ Laura J. Baughman*_____
Ben Martin (pro hac vice)
Laura J. Baughman (pro hac vice)
**MARTIN BAUGHMAN, PLLC**
3141 Hood Street, Level 6
Dallas, TX 75219
Telephone: (214) 761-6614
Facsimile: (214) 744-7590
Email: bmartin@martinbaughman.com
Email: lbaughman@martinbaughman.com

*Attorneys for Plaintiff*
*Mary Schneider*

_/s/ Carsten A. Peterson_

Carsten A. Peterson, ISB No. 6373
HAWLEY TROXELL ENNIS & HAWLEY LLP
877 Main Street, Suite 1000
P.O. Box 1617
Boise, ID 83701-1617
Telephone: 208.344.6000
Facsimile: 208.954.5206
Email: cpeterson@hawleytroxell.com


_/s/ Rachel B. Weil_

Rachel B. Weil (pro hac vice)
REED SMITH LLP
Three Logan Square, Suite 3100
1717 Arch Street
Philadelphia, PA 19103
Telephone: 215 851 8277
Facsimile: 215 851 1420
Email: rweil@reedsmith.com

_Counsel for Defendants_
_American Medical Systems, Inc. and_
_Astora Women's Health, LLC_